FILED BY _____ D.C.

05 APR 28 PM 2: 36

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

GREGORY BRAY,

    Plaintiff,

v.

    No. 04-2626-Ma/P
    Jury Demanded

TONY COOPER, et al.,
    Defendants.

---

## ~~[PROPOSED]~~ *Tmp* ORDER GRANTING MOTION OF DEFENDANTS, TONY COOPER, GERALD STIPANUK, M.D., AND LYLE REECE FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

---

**WHEREFORE,** on or about March 28, 2005, the plaintiff served defendants Reece, Cooper and Stipanuk ("defendants") with interrogatory requests, respectively, and requests for production of documents. On April 22, 2005, these defendants moved this court to enlarge the time within which they may respond to the plaintiff's discovery requests. Based upon the motion and memorandum filed in support thereof by the defendants, it is the Court's opinion that the defendants' motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the defendants' motion for enlargement of time to respond to the plaintiff's discovery requests is granted and that the defendants shall have 30 days from the date of entry of this order within which to file their discovery responses.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-29-05



33

_____
Judge

Date: 4/27/05

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02626 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Gregory Bray
Northwest Correctional Complex
128878
960 State Route 212
Tiptonville, TN 38079

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT