FILED BY _____ D.C.

05 JUL 11 PM 3: 44

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GREGORY BRAY,

      Plaintiff,

v.

      No. 04-2626-Ma/P
      Jury Demanded

TONY COOPER, et al.,
      Defendants.

## [PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS, TONY COOPER, GERALD STIPANUK, M.D., AND LYLE REECE TO AMEND DISCOVERY DEADLINE

**WHEREFORE,** on or about July 8, 2005, the defendants, Reece, Cooper and Stipanuk ("defendants") moved this Court to amend the discovery deadline currently set as July 17, 2005, in this matter. Based upon the motion and memorandum filed in support thereof by the defendants, it is the Court's opinion that the defendants' motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the defendants' motion to amend the discovery deadline is granted and that the discovery deadline shall be moved to September 16, 2005, ~~or sixty days after the Court rules on the defendants' motion for a court order releasing plaintiff's medical records, whichever is later.~~ TMP

                                              _____
                                              Judge

                                              Date: July 11, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-12-05

## **CERTIFICATE OF SERVICE**

I hereby certify that I have mailed a copy of the foregoing to Gregory Bray #128878, N.W.C.X., 960 State Route 212, Tiptonville, TN 38079 and Debra Fessenden, Assistant Shelby County Attorney, 160 N. Main, St., Suite 660, Memphis, TN 38103 on this 8th day of July, 2005.

_____
Stephen G. Smith

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CV-02626 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Gregory Bray
Northwest Correctional Complex
128878
960 State Route 212
Tiptonville, TN 38079

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT