IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GREGORY BRAY,

    Plaintiff,

VS.                                    NO. 04-2626-MaP

GERALD STIPANUK, ET AL.,

    Defendants.

## ORDER OF DISMISSAL

The parties have submitted a "Stipulation of Dismissal With Prejudice As To Defendant Shelby County, Tennessee" in this matter indicating that this matter may be dismissed as to this defendant. It is therefore ORDERED that this case is DISMISSED with prejudice as to defendant Shelby County, Tennessee.

Entered this 29th day of July, 2005.

                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-1-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CV-02626 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Gregory Bray
Northwest Correctional Complex
128878
960 State Route 212
Tiptonville, TN 38079

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT