IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GREGORY BRAY,

    Plaintiff,

vs.                                    Civ. No. 04-2626-Ma/P

DR. GERALD STIPANUK, et al.,

    Defendants.

## ORDER GRANTING MOTION OF DEFENDANTS TO DEPOSE PLAINTIFF

Before the Court is Defendant's Motion to Depose Plaintiff, or, Alternatively, Motion to Amend Scheduling Order, filed August 16, 2005 (Dkt #65). On August 19, 2005, the court held a telephone conference with the parties. Plaintiff Bray stated that he is physically able to sit for his deposition, but would need to take breaks to allow him to use his oxygen machine.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the defendant's motion to depose the plaintiff is granted and that the defendants shall depose the plaintiff at the Northwest Correctional Complex Annex, on September 1, 2005, beginning at 10:00 a.m. Defendants shall allow the plaintiff to take periodic breaks during the deposition to allow him to use his oxygen machine.

IT IS SO ORDERED.

/s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

August 19, 2005
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:04-CV-02626 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Gregory Bray
Northwest Correctional Complex
128878
960 State Route 212
Tiptonville, TN 38079

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT