IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 29 PM 5: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

GREGORY BRAY,

    Plaintiff,

vs.                        Civ. No. <u>04-2626-Ma/P</u>

TONY COOPER, et al.,

    Defendants.

---

**ORDER GRANTING SECOND MOTION OF DEFENDANTS, TONY COOPER, GERALD STIPANUK, M.D., AND LYLE REECE TO AMEND DISCOVERY DEADLINE**

---

Before the court is defendants' Second Motion to Amend Discovery Deadline, filed September 27, 2005 (dkt #89). In the motion, defendants seek the court's authorization to allow the defendants to obtain plaintiff's medical records beyond the discovery deadline.

For good cause show, the defendants' motion to amend the discovery deadline is GRANTED. Discovery of the plaintiff's medical records only shall be extended through the conclusion of this matter.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

September 29, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _9-30-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:04-CV-02626 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Gregory Bray
Northwest Correctional Complex
128878
960 State Route 212
Tiptonville, TN 38079

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT