IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 29  PM 3: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| GREGORY BRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CR. NO. 04-2626-Ma |
| | ) | |
| DR. GERALD STIPANUK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS**

This matter is scheduled for a Pretrial Conference on Friday, December 9, 2005 at 11:00 a.m., and for a Jury Trial beginning Monday, December 19, 2005 at 9:30 a.m. The plaintiff, Gregory Bray, (Number 128878), is confined as a prisoner at Northwest Correctional Complex, Tiptonville, Tennessee. It is necessary to have Gregory Bray appear in this court for both the Pretrial Conference and the Jury Trial.

IT IS THEREFORE ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, Northwest Correctional Complex, Tiptonville, Tennessee, to have said Gregory Bray before this court.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

November 29, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 108 in case 2:04-CV-02626 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Gregory Bray
Northwest Correctional Complex
128878
960 State Route 212
Tiptonville, TN 38079

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT